**elkinkis**

| | |
|---|---|
| **From:** | McMurtry, Dorothy (USAMOE) <Dorothy.McMurtry@usdoj.gov> |
| **Sent:** | Tuesday, December 06, 2016 12:02 PM |
| **To:** | elkinkis |
| **Cc:** | Grasso, Michael G (OIG/OI); Badolato, Michael J. (SL) (FBI); Pittman, Noah (SL) (FBI) |
| **Subject:** | Dr. Mitchell Davis |

Mr. Elkins,
This morning, Dr. Mitchell Davis advised federal agents that you would be representing him related to an on-going federal criminal investigation in this district  Prior to receiving this information, federal agents interviewed Dr. Davis while executing a search warrant yesterday. Will you confirm that you are in fact representing him and we will not contact him again about this investigation without your consent.  Dr. Mitchell is the target of the investigation and I anticipate that he will be charged with multiple felony offenses. Please contact me if you wish to discuss this matter.
Dorothy

Dorothy L. McMurtry
Assistant United States Attorney
111 South Tenth Street
St. Louis, Missouri 63102
314-539-6813
dorothy.mcmurtry@usdoj.gov



EXHIBIT
5